# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. SERPA,<br><br>    Petitioner,<br><br>  v.<br><br>UNKNOWN,<br><br>    Respondent. | Case No. 1:25-cv-00867-SKO<br><br>ORDER DIRECTING CLERK OF COURT TO REDESIGNATE CASE AS A CIVIL RIGHTS ACTION |

    Petitioner is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. He commenced this action by filing a habeas corpus petition in the Sacramento Division on March 10, 2025. (Doc. 1.)

    Upon review of the petition, the magistrate judge determined it was unclear whether Petitioner was pursuing a civil rights action or habeas action. (Doc. 7.) The Court granted Petitioner leave to file either a habeas petition or a civil rights complaint. On July 3, 2025, he filed a civil rights complaint. (Doc. 8.) Because the alleged violations took place in Kings County, the case was transferred to the Fresno Division.

    When the case was transferred, the matter was not redesignated first as a civil rights complaint. Thus, the matter was opened in the Fresno Division as a habeas case. Because the matter is a civil rights action, it will be so redesignated

////

////

1

# **ORDER**

Based on the foregoing, the Clerk of Court is directed to redesignate the action as a prisoner civil rights matter.

IT IS SO ORDERED.

Dated:   **July 18, 2025**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE