UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. SERPA,<br><br>           Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>           Defendant. | Case No.: 1:25-cv-0867 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSNG THE ACTION AS DUPLICATIVE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

Jesse Serpa seeks to hold the defendant liable for violations of his rights under the Eighth and Fourth Amendments while he was housed at Corcoran State Prison. (Doc. 8.) The magistrate judge found this action duplicates an earlier-filed action titled *Serpa v. Unknown*, Case No. 1:24-cv-01542-EPG. (*Id.* at 2.) The magistrate judge observed: "The complaint 1:24-cv-01542-EPG was screened[] by Magistrate Judge Erica P. Grosjean, who found Plaintiff plausibly stated Eighth Amendment sexual assault and Fourth Amendment unreasonable search claims." (*Id.*, citations and footnote omitted.) Therefore, the magistrate judge recommended this action be dismissed without prejudice as duplicative. (*Id.* at 3.)

Plaintiff filed timely objections to the Findings and Recommendations on August 1, 2025. (Doc. 16.) Plaintiff contends he was instructed to file a civil rights complaint in this action after first filing a petition. (*Id.* at 1.) He objects that the Court should not find the complaint is "frivolous" and he should be permitted to proceed with the action. (*Id.* at 1-2.) Contrary to Plaintiff's assertions, the Court did not find the claims are *frivolous*, but rather that they are

*duplicative* of claims the Court previously found are cognizable in Case No. 1:24-cv-01542-EPG. Toward that end, the Court did not make a finding that Plaintiff cannot proceed on his claims, but rather that the claims should proceed *only* in the prior action. Thus, Plaintiff's objections are unavailing.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued July 21, 2025 (Doc. 15) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice as duplicative.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 5, 2025**

UNITED STATES DISTRICT JUDGE

2